IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALEXANDER NUNGARAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. NANCY ADAMS, et al.,<br><br>　　　　Defendants, | No. C 09-1768 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION OF TIME TO FILE OPPOSITION AS MOOT<br><br>(Docket No. 33) |

Plaintiff, a state prisoner, filed this instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time to file his opposition to Defendants' motion for summary judgement.

On October 10, 2010, Defendants filed a motion for summary judgment. On November 1, 2010, Plaintiff filed a timely opposition to Defendants' motion for summary judgment, along with a motion for extension of time. On November 16, 2010, Defendants' filed their reply to Plaintiff's opposition.

Plaintiff's motion for extension of time is DENIED as moot. This case will be deemed submitted.

This order terminates docket no. 33.

IT IS SO ORDERED.

DATED:　12/17/2010

　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Denying Plaintiff's Motion of Time to File Opposition as Moot
P:\PRO-SE\SJ.LHK\CR.09\Nungaray768.DenyAtty.frm