UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARIO ALEXANDER NUNGARAY, | No. 5:09-CV-1768 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| M.D. LINDA ROWE, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of MARIO ALEXANDER NUNGARAY, inmate no. K40936, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 12, 2011

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of MARIO ALEXANDER NUNGARAY in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano

1  State Prison at 1:00 p.m. on November 16, 2011, in order that said prisoner may then and there
2  participate in the SETTLEMENT CONFERENCE in the matter of Nungary v. Rowe, et al., 09-1768
3  LHK (NJV), and at the termination of said hearing return him forthwith to said hereinabove-mentioned
4  institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the
5  custody of said prisoner, and further to produce said prisoner at all times necessary until the termination
6  of the proceedings for which his testimony is required in this Court;

7  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
8  for the Northern District of California.

10  Dated: October 12, 2011

11  RICHARD WIEKING
    CLERK, UNITED STATES DISTRICT COURT

12  By: Linn Van Meter
13      Administrative Law Clerk

17  Dated: October 12, 2011



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARIO ALEXANDER NUNGARAY, | No. 5:09-CV-1768 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| M.D. LINDA ROWE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on October 12, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mario Alexander Nungaray
K40936
Cell No.# C4-126
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3